JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 00870

CHRISTIAN CASEY LLC dba SEAN JOHN; STUDIO IP HOLDINGS LLC dba ROCAWEAR,

Plaintiff,

-v-

A & E STORES, INC., et al

Defendant.

Case No. _____

Rule 7.1 Statement

RECEIVED
JAN 24 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFFS _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: _____

_____
Signature of Attorney

Attorney Bar Code: KLT 1027

Form Rule7_1.pdf  SDNY Web 10/2007