UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Christian Casey LLC d/b/a Sean John, et al. | 08 CIV 00870 (GBD) |
|---|---|
| Plaintiffs, | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| -against- | |
| A & E Stores, Inc., et al. | |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **ROBERT L. TUCKER**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: **Brent H. Blakely**
Firm Name: Blakely Law Group
Address: 915 North Citrus Avenue
City/State/Zip: Hollywood, California, 90038
Phone Number: (323) 464-7400
Fax Number: (323) 464-7410

BRENT H. BLAKELY is a member in good standing of the Bar of the State of CALIFORNIA.

There are no pending disciplinary proceedings against Mr. Blakely in any State or Federal court.

Dated: February 11, 2008
City, State: New York, New York

Respectfully Submitted,

Robert L. Tucker (RLT 1027)
Tucker & Latifi LLP
60 East 84th Street
New York, NY 10028
Tel: (212) 472-6200
Fax: (212) 744-6509

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christian Casey LLC d/b/a Sean John, et al. | 08 CV 00870 (GBD) |
| Plaintiffs, | AFFIDAVIT OF ROBERT L. TUCKER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| -against- | |
| A & E Stores, Inc., et al. | |
| Defendants. | |

ROBERT L. TUCKER, being duly sworn, hereby deposes and says as follows:

1. I am the senior partner at TUCKER & LATIFI LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to admit BRENT H. BLAKELY as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brent H. Blakely since 1999.

4. Mr. Blakely is of counsel to TUCKER & LATIFI, LLP in our Hollywood, California office.

5. I have found Mr. Blakely to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Brent H. Blakely, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brent H. Blakely, pro hac vice, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit BRENT H. BLAKELY, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: February 11, 2008
New York, New York

Robert L. Tucker

State of New York     }
                      Ss:
County of New York    }

Subscribed and sworn to before me this 11th day of February, 2008.

Notary Public

AFSOHINEH LATIFI M. TEHRANI
Notary Public, State of New York
No. 02LA5023015
Qualified in New York County
Commission Expires 2/28/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Christian Casey LLC d/b/a Sean John, et al. | 08 CIV 00870 (GBD) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| -against- | |
| A & E Stores, Inc., et al. | |
| Defendants. | |

Upon the Motion of ROBERT L. TUCKER, attorney for Plaintiffs Christian Casey LLC d/b/a Sean John and Studio IP Holdings, LLC d/b/a Rocawear, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that:

**Brent H. Blakely**
Blakely Law Group
915 North Citrus Avenue
Hollywood, California, 90038
Tel: (323) 464-7400
Fax: (323) 464-7410
E-mail: BrentBlakely@earthlink.net

is admitted to practice pro hac vice as counsel for Plaintiffs Christian Casey LLC d/b/a Sean John and Studio IP Holdings, LLC d/b/a Rocawear in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this case is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
HON. GEORGE B. DANIELS
United States District Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 5, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRENT HERBERT BLAKELY, #157292 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christian Casey LLC dba Sean John, et al. | 08 cv 00870 (GBD) |
| Plaintiffs, | **AFFIRMATION OF SERVICE** |
| -against- | |
| A & E Stores, Inc., et al. | |
| Defendants. | |

I, Ali Latifi, declare under penalty of perjury that I have served copies of the attached *Motion for Admission of Pro Hac Vice, Affidavit of Robert L. Tucker in support thereof, and Proposed Order for Admission of Pro Hac Vice* upon the following parties by **First Class Mail** as follows:

Kenneth R. Schachter, Esq.
Silverberg Stonehill Goldsmith & Haber
111 West 40th Street – 33rd Floor
New York, New York 10018
***Attorneys for Defendant A & E Stores***

Dennis McCooe
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
***Attorneys for Defendant Forman Mills, Inc.***

Albert Srour
774 Broadway
Brooklyn, New York 11206
***Defendant Albert Srour***

Fat Albert's Warehouse, Inc.
774 Broadway
Brooklyn, New York 11206
***Defendant Fat Albert's Warehouse, Inc.***

DATED:  February 27, 2008
        New York, New York

_____
160 East 84th Street, Suite 5E
New York, NY 10028
(212) 472-6262