AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CASEY LLC, a New York Limited Liability Company dba SEAN JOHN, et al.
      Plaintiffs,

-against-

A & E STORES, INC., A New Jersey Corporation, et al.
      Defendants.

**APPEARANCE**

Case Number: 08 CV 870 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for A & E STORES, INC.

I certify that I am admitted to practice in this court.

2/29/08
Date

_[Signature]_
Signature

Kenneth R. Schachter ( KS-8833)
Print Name      Bar Number

111 West 40 Street
Address

New York    New York    10018
City    State    Zip Code

(212) 730-1900    (212) 391-4556
Phone Number    Fax Number