UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTIAN CASEY LLC, a New York
Limited Liability Company d/b/a SEAN
JOHN; and STUDIO IP HOLDINGS LLC,
A Delaware Limited Liability Company
d/b/a ROCAWEAR,

                  Plaintiffs,

       -against-

A & E STORES, INC., a New Jersey
Corporation; FORMAN MILLS, INC.,
A Pennsylvania Corporation; FAT
ALBERT'S WAREHOUSE, INC., a
New York Corporation; ALBERT SROUR,
An individual; and DOES 1-10, inclusive,

                  Defendants.
-----------------------------------------------------------x

Index No.: 08 CV 00820 (GBD)

STIPULATION

DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 0 4 2008

      IT IS HEREBY STIPULATED, by and between the attorneys for plaintiffs and defendant A & E STORES, INC., that defendant A & S STORES, INC.'s time to answer the Complaint is extended upon and until March 10, 2008.

Dated: New York, New York
       February 15, 2008

TUCKER & LATIFI, LLP
Attorneys for Plaintiff

By: _____
   Ali Latifi (AL 3620)
160 East 84th Street
New York, NY 10028
(212) 472-6262

SILVERBERG STONEHILL
GOLDSMITH & HABER, P.C.
Attorneys for Defendant
A & E STORES, INC.

By: _____
   Kenneth R. Schachter (KRS 8833)
111 West 40th Street – 33rd Floor
New York, NY 10018
(212) 730-1900

SO ORDERED: MAR 0 4 2008

*George B. Daniels*
         U.S.D.J.
HON. GEORGE B. DANIELS