UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Casey LLC d/b/a Sean John, et al.　　　08 CIV 00870 (GBD)

     Plaintiffs,

     [PROPOSED] ORDER FOR ADMISSION PRO
     HAC VICE ON WRITTEN MOTION

-against-

A & E Stores, Inc., et al.

     Defendants.

Upon the Motion of ROBERT L. TUCKER, attorney for Plaintiffs Christian Casey LLC d/b/a Sean John and Studio IP Holdings, LLC d/b/a Rocawear, and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that:

**Brent H. Blakely**
Blakely Law Group
915 North Citrus Avenue
Hollywood, California, 90038
Tel: (323) 464-7400
Fax: (323) 464-7410
E-mail: BrentBlakely@earthlink.net

is admitted to practice pro hac vice as counsel for Plaintiffs Christian Casey LLC d/b/a Sean John and Studio IP Holdings, LLC d/b/a Rocawear in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this case is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

MAR 0 4 2008

_____
HON. GEORGE B. DANIELS
United States District Judge
**HON. GEORGE B. DANIELS**