UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CASEY LLC, et al.,

Plaintiff,

-v-

A & E STORES, INC., et al.,

Defendant.

Case No. 08 CV 00870 (GBD)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

A & E STORES, INC. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: March 4, 2008

Signature of Attorney

Attorney Bar Code: 8633

Form Rule7_1.pdf  SDNY Web 10/2007