UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN CASEY LLC, et al.,           )   08-CV-00870 (GBD)
                                        )
              Plaintiffs,               )   **ANSWER OF**
                                        )   **DEFENDANT FORMAN**
      - against -                       )   **MILLS, INC.**
                                        )
AE STORES, INC., et al.,                )
                                        )
              Defendants.               )
------------------------------------------------------------X

      Defendant Forman Mills, Inc. ("Forman Mills"), by and through its attorneys, Blank Rome LLP, answers the Complaint as follows:

    1.    Denies the allegations contained in Paragraph 1 of the Complaint, except admits that the Complaint purports to rely on federal and state acts and statutes that would grant subject matter jurisdiction to this Court.

    2.    Admits the allegations contained in Paragraph 2 of the Complaint.

    3.    Denies the allegations contained in Paragraph 3 of the Complaint.

    4-7.    Denies knowledge of information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 4-7 of the Complaint.

    8-9.    Admits the allegations contained in Paragraphs 8-9 of the Complaint.

    11-13.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 11-13 of the Complaint.

    14.    Denies the allegations contained in Paragraph 14 of the Complaint.

    15-37.    Denies knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraphs 15-37 of the Complaint.

38. Denies the allegations contained in Paragraph 38 of the Complaint.

39-41. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 39-41 of the Complaint.

42-43. Denies the allegations contained in Paragraphs 42-43 of the Complaint.

44. Repeats and realleges its answers to Paragraphs 1-43 above as fully set forth herein.

45-46. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 45-46 of the Complaint.

47-54. Denies the allegations contained in Paragraphs 47-54 of the Complaint.

55. Repeats and realleges its answers to Paragraphs 1-54 above as fully set forth herein.

56. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint.

57-62. Denies the allegations contained in Paragraphs 57-62 of the Complaint.

63. Repeats and realleges its answers to Paragraphs 1-62 above as fully set forth herein.

64. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint.

65-72. Denies the allegations contained in Paragraphs 65-72 of the Complaint.

73. Repeats and realleges its answers to Paragraphs 1-72 above as fully set

036932.00101/6624909v.1

forth herein.

74-75. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 74-75 of the Complaint.

76-81. Denies the allegations contained in Paragraphs 76-81 of the Complaint.

### AFFIRMATIVE DEFENSES

1. The Complaint fails to state any claims upon which relief may be granted.

2. The Complaint is barred in whole or in part by laches.

3. The Complaint is barred in whole or in part under the doctrines of waiver, estoppel and/or acquiescence.

4. The Complaint is barred in whole or in part by the applicable statute of limitations.

**WHEREFORE,** Defendant, Forman Mills, Inc., respectfully requests that:

A. The Complaint be dismissed;

B. It be awarded attorney's fees and costs, and such other relief as the Court deems just and proper.

036932.00101/6624909v.1

BLANK ROME LLP

Dated: March 28, 2008

_____
Kenneth L. Bressler (KB 3389)
405 Lexington Avenue
New York, NY 10174
Phone: 212-885-5203
Fax: 212-885-5002
Attorneys for Forman Mills, Inc.

Of counsel:
Timothy D. Pecsenye
Dennis P. McCooe
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
215-569-5580

036932.00101/6624909v.1