BLANK ROME LLP
Attorneys for Plaintiff
Kenneth L. Bressler (KB 3389)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN CASEY LLC, et al.,

        Plaintiff,

-against-

AE STORES, INC., et al.,

        Defendants.

08-CV-00870 (GBD)

**Rule 7.1 Statement**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant FORMAN MILLS, INC. ("Defendant"), certifies that, according to information provided to counsel by its client, Defendant is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            March 28, 2008

                              BLANK ROME LLP
                              Attorneys for Defendant
                              FORMAN MILLS, INC.

                              By _____
                              Kenneth L. Bressler (KB 3389)
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174-0208
                              Tel.: (212) 885-5000

036932.00101/6625242v.1