UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Christian Casey                Plaintiff,

-v-

AE Stores                      Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 cv 870 (GBD)(   )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement by plaintiff & defendant Forman Mills Inc

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

Dated 5/5/08

SO ORDERED:

George B. Daniels
United States District Judge