AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

CHRISTIAN CASEY LLC, ET AL.

PLAINTIFFS

**APPEARANCE**

V.

Case Number: 08 CV 00870

A&E STORES, INC. ET AL.

DEFENDANTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FORMAN MILLS, INC.

I certify that I am admitted to practice in this court.

| 5/9/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Jeremy L. Reiss | JR-2731 |
| | Print Name | Bar Number |
| | 405 Lexington Avenue | |
| | Address | |
| | New York | NY | 10174 |
| | City | State | Zip Code |
| | (212) 885-5245 | (212) 885-5002 |
| | Phone Number | Fax Number |