UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTIAN CASEY LLC, et al.,

                      Plaintiff,                  08 CIVIL 870 (GBD)

              -against-

A&E STORES, INC., et al.,
                      Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Brent H. Blakely**

[X] *Attorney*

    [ ] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    [X] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: **Lederer, Nojima, Tagliaferro, LoPresti & Blakely LLP**

    To: **Blakely Law Group**

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: **915 North Citrus Avenue, Hollywood, CA 90038**

[X] Telephone Number: **323/464-7400**

[X] Fax Number: **323/464-7410**

[X] E-Mail Address: **bblakely@blakelylawgroup.com**

Dated: **5/2/08**