Attorneys for Plaintiffs
Christian Casey LLC dba Sean John and
Studio IP Holdings LLC dba Rocawear

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

CHRISTIAN CASEY LLC dba Sean John, et al.,   Civil Action No. 08 CV 870 (GBD) (JCF)

                Plaintiffs,   *STIPULATION TO CONTINUANCE OF DATES*

   vs.

A & E STORES, INC.

                Defendant

------------------------------------------------------------

WHEREAS the discovery completion date in the above-captioned matter is currently set for **August 7, 2008**;

WHEREAS a Case Management Conference will be held on September 4, 2008 at 9:30 a.m.;

WHEREAS the parties have not requested any adjournments or extensions;

WHEREAS the parties are engaged in meaningful settlement discussions in this matter and would like more time to reach a settlement;

WHEREAS, the parties agree to move all the pertinent dates in an attempt to resolve the disputes in this matter prior to expending further resources.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the discovery cut-off and all dates thereafter be modified as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Discovery Cut-Off | August 7, 2008 | October 7, 2008 |
| Last Day to Serve Dispositive Motions | November 6, 2008 | January 6, 2009 |
| Last Day to File Pre-Trial Order | November 13, 2008 | January 13, 2009 |
| Final Pre-Trial Conference | December 4, 2008 | February 5, 2009 |
|  |  |  |

DATED:   June 26, 2008

BLAKELY LAW GROUP
*Attorneys for Plaintiffs Christian Casey LLC and Studio IP Holdings LLC*

By: _____
Brent H. Blakely
Cindy Chan
915 North Citrus Avenue
Hollywood, California
(323) 464-7400

DATED:   June 26, 2008

SILVERBERG STONEHILL GOLDSMITH & HABER P.C.
*Attorneys for Defendant A&E Stores, Inc.*

By: _____
Kenneth R. Schacter
111 West 40th Street
New York, New York 10018
(213) 730-1900

DATED:   June 26, 2008

BLANK & ROME LLP
*Attorneys for Defendant Forman Mills, Inc.*

By: _____
Kenneth L. Bressler
405 Lexington Avenue
New York, New York 10174
(212) 885-5203

DATED:   June 26, 2008

ROSEMAN BEERMAN & BEERMAN LLP
*Attorneys for Defendant Fat Albert's Warehouse, Inc. and Albert Srour*

By: _____
Alan R. Beerman
3000 Marcus Avenue, Suite 3W6
Lake Success, New York 10042
(516) 327-4600

DATED: July 16, 2008

BLAKELY LAW GROUP
*Attorneys for Plaintiffs Christian Casey LLC and Studio IP Holdings LLC*

By: _____
Brent H. Blakely
Cindy Chan
915 North Citrus Avenue
Hollywood, California
(323) 464-7400

DATED: July 16, 2008

SILVERBERG STONEHILL GOLDSMITH & HABER P.C.
*Attorneys for Defendant A&E Stores, Inc.*

By: _____
Kenneth R. Schacter
111 West 40th Street
New York, New York 10018
(213) 730-1900

DATED: July 16, 2008

BLANK & ROME LLP
*Attorneys for Defendant Forman Mills, Inc.*

By: _____
Kenneth L. Bressler
405 Lexington Avenue
New York, New York 10174
(212) 885-5203

DATED: July 16, 2008

ROSEMAN BEERMAN & BEERMAN LLP
*Attorneys for Defendant Fat Albert's Warehouse, Inc. and Albert Srour*

By: _____
Alen R. Beerman
3000 Marcus Avenue, Suite 3W6
Lake Success, New York 10042
(516) 327-4600

| | | |
|---|---|---|
| DATED: | July 17, 2008 | BLAKELY LAW GROUP<br>*Attorneys for Plaintiffs Christian Casey LLC and Studio IP Holdings LLC* |

By: _____
Brent H. Blakely
Cindy Chan
915 North Citrus Avenue
Hollywood, California
(323) 464-7400

| | | |
|---|---|---|
| DATED: | July 17, 2008 | SILVERBERG STONEHILL GOLDSMITH & HABER P.C.<br>*Attorneys for Defendant A&E Stores, Inc.* |

By: _____
Kenneth R. Schacter
111 West 40th Street
New York, New York 10018
(213) 730-1900

| | | |
|---|---|---|
| DATED: | July 17, 2008 | BLANK & ROME LLP<br>*Attorneys for Defendant Forman Mills, Inc.* |

By: /s/ Kenneth L. Bressler
Kenneth L. Bressler
Dennis P. McCooe
405 Lexington Avenue
New York, New York 10174
(212) 885-5203

| | | |
|---|---|---|
| DATED: | July 17, 2008 | ROSEMAN BEERMAN & BEERMAN LLP<br>*Attorneys for Defendant Fat Albert's Warehouse, Inc. and Albert Srour* |

By: _____
Alen R. Beerman
3000 Marcus Avenue, Suite 3W6
Lake Success, New York 10042
(516) 327-4600

2
**STIPULATION TO CONTINUANCE OF DATES**

Attorneys for Plaintiffs
Christian Casey LLC dba Sean John and
Studio IP Holdings LLC dba Rocawear

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

CHRISTIAN CASEY LLC dba Sean John, et al.,    Civil Action No. 08 CV 870 (GBD) (JCF)

               Plaintiffs,    *[PROPOSED] ORDER GRANTING PARTIES' REQUEST FOR*
    vs.    *CONTINUANCE OF DATES*

A & E STORES, INC.

               Defendant

---

    WHEREAS the discovery completion date in the above-captioned matter is currently set for **August 7, 2008**;

    WHEREAS a Case Management Conference will be held on September 4, 2008 at 9:30 a.m.;

    WHEREAS the parties have not requested any adjournments or extensions;

    WHEREAS the parties are engaged in meaningful settlement discussions in this matter and would like more time to reach a settlement;

    WHEREAS, the parties agree to move all the pertinent dates in an attempt to resolve the disputes in this matter prior to expending further resources.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER GRANTING PARTIES' REQUEST FOR CONTINUANCE OF DATES**

IT IS HERBY ORDERED that the discovery cut-off and all dates thereafter be modified as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cut-Off | August 7, 2008 | October 7, 2008 |
| Last Day to Serve Dispositive Motions | November 6, 2008 | January 6, 2009 |
| Last Day to File Pre-Trial Order | November 13, 2008 | January 13, 2009 |
| Final Pre-Trial Conference | December 4, 2008 | February 5, 2009 |
|  |  |  |

**IT IS SO ORDERED.**

Date: _____, 2008

_____

Honorable George B. Daniels

**United States District Judge**