21-Jul-2008 12:01 PM Blakely Law Group 323 464-7410    6/7
Case 1:08-cv-00870-GBD-JCF    Document 20    Filed 07/22/2008    Page 1 of 2

Case 1:08-cv-00870-GBD    Document 19-2    Filed 07/17/2008    Page 1 of 2

Attorneys for Plaintiffs
Christian Casey LLC dba Sean John and
Studio IP Holdings LLC dba Rocawear

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
U:      .DNY
DOC:MP' T'
ELECT: .. ...ALLY FILED
DOC #:
DATE FILED:
```

CHRISTIAN CASEY LLC dba Sean John, et al.,    Civil Action No. 08 CV 870 (GBD) (JCF)

    Plaintiffs,    *[PROPOSED] ORDER GRANTING*
        *PARTIES' REQUEST FOR*
    vs.    *CONTINUANCE OF DATES*

A & E STORES, INC.

        Defendant

        WHEREAS the discovery completion date in the above-captioned matter is currently set

for **August 7, 2008**;

        WHEREAS a Case Management Conference will be held on September 4, 2008 at 9:30

a.m.;

        WHEREAS the parties have not requested any adjournments or extensions;

        WHEREAS the parties are engaged in meaningful settlement discussions in this matter

and would like more time to reach a settlement;

        WHEREAS, the parties agree to move all the pertinent dates in an attempt to resolve the

disputes in this matter prior to expending further resources.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
[PROPOSED] ORDER GRANTING PARTIES' REQUEST FOR CONTINUANCE OF DATES

IT IS HERBY ORDERED that the discovery cut-off and all dates thereafter be modified

as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Discovery Cut-Off | August 7, 2008 | October 7, 2008 |
| Last Day to Serve Dispositive Motions | November 6, 2008 | January 6, 2009 |
| Last Day to File Pre-Trial Order | November 13, 2008 | January 13, 2009 |
| Final Pre-Trial Conference | December 4, 2008 | February 5, 2009 |
|  |  |  |

**IT IS SO ORDERED.**

Date: _____ 2 2 JUL 2008, 2008

**HON. GEORGE B. DANIELS**

Honorable George B. Daniels

**United States District Judge**

[PROPOSED] ORDER GRANTING PARTIES' REQUEST FOR CONTINUANCE OF DATES