**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 8 2008
08 CV 00870 (GBD)

CHRISTIAN CASEY LLC, et al.,

                Plaintiffs,

- against -

AE STORES, INC., et al.,

                Defendants.

**ORDER FOR ADMISSION**
***PRO HAC VICE***

---

Upon the motion of Kenneth L. Bressler, attorney for defendant Forman Mills, Inc. and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Timothy D. Pecsenye
> Blank Rome LLP
> One Logan Square,
> 130 North 18th Street
> Philadelphia, PA 19103-6998
> Phone: (215) 569-5619
> Fax: (215) 569-5555
> Pecsenye@blankrome.com

is admitted to practice *pro hac vice* as counsel for defendant Forman Mills, Inc. in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing the discipline of attorneys.

If this action is assigned to the (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 4, 2008
New York, New York

United States District/Magistrate Judge
**HON. GEORGE B. DANIELS**