UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CASEY LLC, et al.,

                Plaintiffs,

- against -

AE STORES, INC., et al.,

                Defendants.

08-CV-00870 (GBD)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

Upon the motion of Kenneth L. Bressler, attorney for defendant Forman Mills, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Timothy D. Pecsenye
    Blank Rome LLP
    One Logan Square,
    130 North 18th Street
    Philadelphia, PA  19103-6998
    Phone: (215) 569-5619
    Fax: (215) 569-5555
    Pecsenye@blankrome.com

is admitted to practice *pro hac vice* as counsel for defendant Forman Mills, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG - 7 2008

If this action is assigned to the (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
New York, New York

AUG – 7 2008

George B. Daniel
United States District/Magistrate Judge
HON. GEORGE B. DANIELS