```
UNITED STATES DISTRICT COURT                        (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CHRISTIAN CASEY LLC, a New York        : 08 Civ. 0870 (JCF)
Limited Liability Company dba SEAN     :
JOHN; and STUDIO IP HOLDINGS LLC, a    :   O R D E R
Delaware Limited Liability Company     :
dba ROCAWEAR,                          :
                                       :
                Plaintiffs,            :
                                       :
    - against -                        :
                                       :
A & E STORES, INC., a New Jersey       :
Corporation; FORMAN MILLS, INC., a     :
Pennsylvania Corporation; FAT          :
ALBERT'S WAREHOUSE, INC., a New        :
York Corporation; ALBERT SROUR, an     :
individual; and DOES 1-10,             :
inclusive,                             :
                                       :
                Defendants.            :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09

A pretrial conference having been held on May 8, 2009, it is hereby ORDERED as follows:

1. All discovery shall be completed by June 30, 2009.

2. The pretrial order shall be submitted by July 31, 2009 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

3. The parties have agreed that the case will be tried to the Court without a jury.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           May 8, 2009

Copies mailed this date:

Robert L. Tucker, Esq.
Ali R. Latifi, Esq.
Tucker & Latifi, LLP
160 East 84th Street
New York, New York 10028

Brent H. Blakely, Esq.
Cindy Chan, Esq.
Blakely Law Group
915 North Citrus Avenue
Hollywood, CA 90038

Kenneth R. Schachter, Esq.
Sills Cummis Gross PC
One Rockefeller Plaza
New York, New York 10020